IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, Plaintiff, <br><br> v. <br><br> TYLER KOSTECKI and ALL PHASES CONSTRUCTION, LLC, Defendants. | Case No. 20–CV–01359–JPG |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Crum & Forster Specialty Insurance Company's Complaint against Defendants Tyler Kostecki and All Phases Construction, LLC is **DISMISSED WITHOUT PREJUDICE**.

**Dated: Monday, July 26, 2021**              **MARGARET M. ROBERTIE**
                                                                     **CLERK OF COURT**

                                                                     **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **UNITED STATES DISTRICT JUDGE**